IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:     **DeLeigh Poole** - State Bar No. 164602

## ORDER

Attorney DeLeigh Poole has voluntarily withdrawn her name as an active member of the Southern District of Georgia Bar.  It is hereby **ORDERED** that the above listed attorney at law be stricken and deleted from the rolls of attorneys authorized to practice law before this Court.

**SO ORDERED**, this _____7_____ day _____August_____, 2023.

_____
HONORABLE LISA GODBEY WOOD
JUDGE, U. S. DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA